James B. WEERSING, Plaintiff—Appellant,

v.

S. CAPTAIN, Shift Supervisor; C. Mitchell, Grievance Officer; Calvin Anthony, Warden; Gary Maynard, Director, South Carolina Department of Corrections, Defendants—Appellees.

No. 03–7968.

United States Court of Appeals, Fourth Circuit.

Submitted June 30, 2004.

Decided July 19, 2004.

James B. Weersing, Appellant pro se. Andrew Foster McLeod, Harris & McLeod, Cheraw, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James B. Weersing appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without

prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Weersing v. Sanyo,* No. CA–01–308–8–24BI (D.S.C. Nov. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*